IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASHWINI L. KUMAR, et al.,

    Plaintiffs,                                           No. CIV S-11-0338 GEB GGH PS

    vs.

NEW CENTURY MORTGAGE CORP., et al.,

    Defendants.                        <u>ORDER</u>
_____/

        Defendant Recontrust Company, N.A.'s motion to dismiss presently is calendared for hearing on March 15, 2012. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. <u>See</u> E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The March 15, 2012 hearing on the motion to dismiss, filed January 27, 2012, is vacated; and

        2. The motion is submitted on the record.

DATED: March 6, 2012

                                  /s/ Gregory G. Hollows
                             UNITED STATES MAGISTRATE JUDGE

GGH:076:Kumar0338.vac.wpd